IN THE UNITED STATES DISTRICT COURT WESTERN DISTRICT OF ARKANSAS HOT SPRINGS DIVIS10N

CHERYL L. GILDNER, Individually and as
Personal Representative of the
Estate of Neal L. Gildner     PLAINTIFF vs. CASE NO. 6:17-cv-06036-RTD

NEW YORK LIFE INSURANCE COMPANY and CYNTHIA A. GILDNER
        DEFENDANTS

## AGREED ORDER

As evidenced by the signature of their attorneys below, the Plaintiff, Cheryl L. Gildner, and the Defendant, Cynthia A. Gildner, have agreed to a compromise settlement of this matter. As agreed by the parties, it is by the Court ORDERED:

The Clerk is directed to disburse the interpleaded funds as follows:

(1) One Hundred Thousand Dollars ($ 100,000.00) shall be paid to: "Cheryl L. Gildner, Personal Representative of the Estate of Neal L. Gildner." The check will be forwarded to:

Michael A. Thompson
WRIGHT, LINDSEY & JENNINGS, LLP
200 West Capitol Ave., Suite 2300
Little Rock, AR 72201-3699

(2) The balance of the interpleaded funds, consisting of the remaining principal and the interest as of the date of the Interpleader Order, along with any interest accrued since the Interpleader Order will be paid to "Cynthia A. Gildner and her attorneys, McMillan, McCorkle & Curry, LLP." The check will be forwarded to:

F. Thomas Curry
McMILLAN, McCORKLE & CURRY, LLP
929 Main Street
Arkadelphia, AR 71923

As agreed by the parties, it is FURTHER ORDERED that Cynthia A. Gildner will be responsible for any tax liability for all interest payments included in the funds interpleaded by New York Life Insurance Company and any interest accrued since the deposit of the interpleaded funds on October 10, 2017.

All Complaints and Counter-Complaints of the parties against each other are dismissed with prejudice with each party responsible for their own costs and attorneys' fees.

**IT IS SO ORDERED this 24th**$^h$ **day of June 2019.**

/s/ *Robert T. Dawson*
ROBERT T. DAWSON
SENIOR U.S. DISTRICT JUDG

AGREED AND APPROVED:

_____
Michael A. Thompson
Attorney for Cheryl L. Gildner

_____
F. Thomas Curry
Attorney for Cynthia A. Gildner